# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

145055 & (40)(41)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re BRADLEY ESTATE
_____

NANCY MICK, Personal Representative of the
ESTATE OF STEPHEN BRADLEY, Deceased,
　　　　　Petitioner-Appellee,

v

KENT COUNTY SHERIFF'S DEPARTMENT,
　　　　　Respondent-Appellant.

SC: 145055
COA: 299640
Kent CC: 09-001348-AV

_____/

　　　　On order of the Court, the application for leave to appeal the March 22, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Court of Appeals erred by reversing the Kent Circuit Court's ruling that the petitioner's claim for civil contempt indemnification damages under MCL 600.1721 is barred by the Government Tort Liability Act, MCL 691.1401 *et seq.*

　　　　The motions for leave to file brief amicus curiae of the Michigan Sheriffs' Association, Michigan Municipal League, Michigan Municipal League Liability & Property Pool, Michigan Townships Association, and Public Corporation Law Section of the State Bar of Michigan are GRANTED. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

　　　　MARILYN KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012 _____

_____
Clerk

t1002